| | | | | | |
|---|---|---|---|---|---|
| 15-475 | Cavett v. Pallito | Affirmed | 11/4/16 | Chit. Civ. | 153/1230 |
| 16-066 | Mannings v. Mannings | Affirmed | 11/4/16 | Frank. Fam. | 153/1230 |
| 16-127 | Clough v. Arapina | Affirmed | 11/4/16 | Cal. Fam. | 153/1230 |
| 16-128 | Bishop v. Town of Springfield | Affirmed | 11/4/16 | Windsor Civ. | 153/1230 |
| 16-154 | Roberts v. Roberts | Affirmed | 11/4/16 | Lam. Fam. | 153/1230 |
| 16-184 | In re C.H. | Affirmed | 11/4/16 | Frank. Fam. | 153/1230 |
| 16-187 | State v. Raymond | Dismissed | 11/4/16 | Chit. Crim. | 153/1230 |
| 16-204 | In re K.C. | Affirmed | 11/4/16 | Benn. Fam. | 153/1230 |
| 16-217 | In re A.E. | Affirmed | 11/4/16 | Orleans Fam. | 153/1230 |
| 16-220 | In re Rheaume | Affirmed | 11/4/16 | Frank. Civ. | 153/1230 |
| 16-225 | Manning v. Pallito | Affirmed | 11/4/16 | Windsor Civ. | 153/1230 |
| 16-364 | Bedell v. Vermont Legislature | Denied | 11/21/16 | Orig. Juris. | 153/1230 |
| 16-390 | In re Guardianship of M.M. | Dismissed | 11/28/16 | Wash. Civ. | 153/1230 |
| 16-392 | In re James | Dismissed | 11/28/16 | HSB | 153/1230 |
| 16-398 | In re Laberge Shooting Range JO | Dismissed | 11/28/16 | Envtl. Div. | 153/1231 |
| 15-475 | Cavett v. Pallito | Reargument denied | 11/29/16 | Chit. Civ. | 153/1231 |
| 16-401 | In re Sandoval | Dismissed | 11/30/16 | HSB | 153/1231 |
| 16-406 | In re Cornelius | Dismissed | 11/30/16 | HSB | 153/1231 |
| 15-383 | Cavett v. Pallito | Reargument denied | 12/1/16 | Chit. Civ. | 153/1231 |
| 16-204 | In re K.C. | Reargument denied | 12/1/16 | Benn. Fam. | 153/1231 |
| 16-333 | State v. Woods | Affirmed | 12/1/16 | Orleans Crim. | 153/1231 |
| 16-403 | State v. Rabtoy | Affirmed | 12/5/16 | Rut. Crim. | 153/1231 |
| 16-333 | State v. Woods | Reconsideration denied | 12/7/16 | Orleans Crim. | 153/1231 |